**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-6313**

───────────────

In Re: JOHN FRANK BOWEN,

                                              Petitioner.

───────────────

On Petition for Writ of Mandamus.  (CA-99-178-5)

───────────────

Submitted:  April 12, 2001          Decided:  April 23, 2001

───────────────

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

John Frank Bowen, Petitioner Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John Frank Bowen petitions this Court for a writ of mandamus to compel the district court to permit him to amend his habeas corpus petition. We find that mandamus relief is not warranted. Mandamus is a drastic remedy, only to be granted in extraordinary circumstances. In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). The party seeking mandamus relief has the heavy burden of showing that he has no other adequate avenues of relief and that his right to the relief sought is "clear and indisputable." Mallard v. United States Dist. Court, 490 U.S. 296, 309 (1989). Mandamus is not a substitute for appeal. Id. Bowen may attack the district court's order denying his motion to amend by appealing the court's final order in his case. Therefore, because there are other adequate means to attain relief, Bowen's right to mandamus relief is not "clear and indisputable." See United States ex rel. Rahman v. Oncology Assoc. P.C., 198 F.3d 502, 511 (4th Cir. 1999). Accordingly, we deny the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2